UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-1-09 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>U.S. District Judge |
| v. | |
| ALLYSON MARIE DENOMIE | |
| Defendant. | |
| _____/ | |

## **ORDER OF DETENTION**

Defendant Allyson Marie Denomie appeared before the undersigned on February 10, 2022 for her arraignment on an indictment charging her with one count of conspiracy to distribute and possess with intent to distribute methamphetamine and five counts of distribution of methamphetamine. Denomie was advised of her rights, the charges and penalties.

Defendant reserved the issue of detention at this hearing and Defense counsel will notify the Court when they are prepared to schedule a detention hearing.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.


Date:   February 10, 2022            /s/ *Maarten Vermaat*
                                      MAARTEN VERMAAT
                                      U.S. MAGISTRATE JUDGE