UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-1-09 |
| Plaintiff, | Hon. Hala Y. Jarbou<br>Chief U.S. District Judge |
| v. | |
| ALLYSON MARIE DENOMIE, | |
| Defendant. | |

_____/

**ORDER FOR DETENTION**

Defendant Denomie appeared before the undersigned for an initial appearance on petition for warrant for offender under supervision (ECF No. 528.). Defense counsel reserved the issue of detention at this time and may request a detention hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated:  February 14, 2025        /s/ *Maarten Vermaat*
                                                        MAARTEN VERMAAT
                                                        U.S. MAGISTRATE JUDGE