UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALLYSON MARIE DENOMIE,

Defendant.

_____/

Case No. 2:26-cr-4 & 2:22-cr-1

Hon. Hala Y. Jarbou
Chief U.S. District Judge

## ORDER FOR DETENTION

Defendant Denomie appeared before the undersigned on April 1, 2026.  For the reasons stated on the record, Defense counsel reserved the issue of detention in this case and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.


Dated:  April 1, 2026

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. MAGISTRATE JUDGE